LAW OFFICES OF
**O'REILLY & DANKO**
A PROFESSIONAL CORPORATION

TERRY O'REILLY 045712
MICHAEL S. DANKO 111359
STEPHEN J. PURTILL 100102
KRISTINE K. MEREDITH 158243
SCOTT D. PEEBLES 227493
MARY BETH O'CONNOR 228591
OF COUNSEL
GARY L. SIMMS 096239

1900 O'FARRELL STREET, SUITE 360
SAN MATEO, CALIFORNIA 94403
TELEPHONE (650) 358-5901
FACSIMILE (650) 358-2575

ATTORNEYS FOR PLAINTIFF



IT IS SO ORDERED
Judge Vaughn R Walker
2/22/2008

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN Re:<br>DEEP VEIN THROMBOSIS | MDL Docket No. 04-1606 VRW |
| This Document Relates to: | **STIPULATION OF DISMISSAL** |
| *Buxton v. Continental Airlines, Inc.;*<br>Case No. C03-5634 VRW | |
| _____/ | |

IT IS HEREBY STIPULATED by and between the parties to this action that the above-captioned action be and hereby is dismissed with prejudice, with each party to bear its own costs and attorney's fees.

-1-
STIPULATION TO DISMISSAL

Dated: December 14, 2007    _____
Mary Buxton

Dated: December 14, 2007    _____
Joseph Buxton

Dated: December ___, 2007    O'REILLY & DANKO

By _____
Michael S. Danko
Attorneys for Plaintiffs Buxton

CODDINGTON, HICKS & DANFORTH

Dated: February 20, 2008 ~~December ___, 2007~~    By _____
Richard G. Grotch
Attys. for Continental Airlines, Inc.

~~FULBRIGHT & JAWORSKI~~

~~Dated: December ___, 2007~~    By _____
~~William J. Boyce~~
Attys. ~~for Continental Airlines, Inc.~~

LAW OFFICES OF
O'REILLY & DANKO
PROFESSIONAL CORPORATION
O'FARRELL STREET, SUITE 360
SAN MATEO, CA 94403
TELEPHONE (650) 358-5901

-2-
STIPULATION TO DISMISSAL